# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2021

Bridget M. McCormack,
Chief Justice

162405

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KATHY LIBBIEAH GRAY,
      Defendant-Appellant.

SC: 162405
COA: 348292
Washtenaw CC: 18-000288-FH

_____/

On order of the Court, the application for leave to appeal the November 12, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2021



Clerk

a0322